Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |
|---|---|
| Landon Bardsley  Lisa Bardsley<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br>Jordan Laroso · King pine<br>Judge Cane Franklin County Housing court<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)*<br><br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Landon Bardsley   Lisa Bardsley |
| Street Address | 419 east riverStreet apt 401 |
| City and County | Orange ma, 01364    Franklin |
| State and Zip Code | |
| Telephone Number | 413-428-1756 |
| E-mail Address | Iloveern@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known).* Attach additional pages if needed.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal idea / FApe

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Lisa Bradsley / Landon Bradsley is a citizen of the State of *(name)* mass .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Jordan Larusso , is a citizen of

the State of *(name)* mass . Or is a citizen of

*(foreign nation)* _____ .

**Defendant No. 1**

Name — Jordan Carruso

Job or Title *(if known)* — Manager King Pine

Street Address — 419 east river st Bld 7

City and County — Orange    Franklin

State and Zip Code — Ma, 01364

Telephone Number — 978-544.7433

E-mail Address *(if known)* — Jordan.Carusso@Schocher.com

**Defendant No. 2**

Name — Crane

Job or Title *(if known)* — Judge

Street Address — Franklin county cart house

City and County — Houseing Court

State and Zip Code — Greenfield ma, 01301

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 3**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* ___Judge Cane_____, is incorporated under

the laws of the State of *(name)* ___mass_____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1.) On 9/20/24 Judge Cane, was given notice by me that my son Landon Bardsley was putting forth his right under idea for an educational stay put, as his current placement is home. A hearing was requested This was denied by Judge Cane with no real reason. Other then he accused me of using my sons iep to get out of eviction.

---

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Landon and I ask this court to enforce his idea right to a stay and a hearing. So we can properly show why this is so important and how the defendants are interfearing. With fape. So the law required.

Side note I am not looking to interfear with Kingpines right I'm looking to postpone it as its interfearing with fape.

2.) Jordan Larusso of King Pine response to my sons request was to Quote 504 Stay pot Law I tried to Explain This doesn't apply to me.

3.) On 10/11/24 I Filed a hearing To Show I had caught up and again asked for the educational Stay and hearing. On 10/18/24 at This hearing my Request Was again denied.

4.) On 10/28/24 my son put an offer out to Jordan offering to open up his iep redo process. Wich is the whole reason he is asking for a stay. Landon offered To open this to her so She could see how important this is to get done. He was ignored.

5.) I've applead Twice and been denied by The Court house in boston.

6.) Jordan Larruso refused my rent payment and is Starting The eviction again. (I only had a stay till the end of Nov.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/14/2024

Signature of Plaintiff    *Lisa Bardsley    Landon Bardsley*

Printed Name of Plaintiff    *Lisa Bardsley    Landon Bardsley*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____